THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS E. GAGNIER, Appellant, against WILLIAM H. HUNT, as Warden of Attica State Prison, Respondent.

Submitted July 23, 1940; decided July 24, 1940.

*Louis E. Gagnier*, in person, for motion.

No one opposed.

Motion denied on the ground the order is not appealable.